PHILLIP A. TALBERT
Acting United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00241-LJO |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| LARRY LANDSEADAL, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Larry Landseadal it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 492, 982 (a)(2)(B), and 1029(c)(1)(C);28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(1), defendant Larry Landseadal's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    1.    GATEWAY COMPUTER, MODEL DX4300, SERIAL NUMBER PTG830X0069250B0522700;

    2.    EPSON PRINTER, MODEL XP-200 SERIAL NUMBER QJBK153745;

    3.    HP LASER JET PRINTER, MODEL P1505N, SERIAL NUMBER VNB3S00747;

    4.    EPSON STYLUS PHOTO R280 PRINTER, MODEL B412A, SERIAL NUMBER K77K409569;

    5.    EASY IDEA MAGNETIC STRIP READER/ENCODER, MARKED FOR IDENTIFICATION "RS02";

    6.    LAMINATOR, MODEL 5000, SERIAL NUMBER 270155, MANUFACURER OREGON LAMINATIONS COMPANY;

    7.    HYPERCOM CREDIT CARD PROCESSING MACHINE, MODEL T7PLUS, SERIAL NUMBER 100006133692;

    8.    DANE-ELEC 8GB SDHC MEMORY CARD, BLUE IN COLOR WITH YELLOW AND WHITE STICKER;

    9.    CANNON POWER SHOT SX150 IS CAMERA, SERIAL NUMBER 422061001355;

    10.    SAN DISK 128 MB SD MEMORY CARD, BLUE IN COLOR;

    11.    MICRO SD MEMORY CARD ADAPTERS, BLACK IN COLOR;

    12.    MEMORY CARD READERS – "DREAMGEAR" AND "55 IN 1 MULTI CARD READER" ; and

    13.    MAGNETIC STRIP READER, 1 INCH SQUARE WHITE IN COLOR.

2.  The above-listed assets represent any property real or personal, used to facilitate, or intended to be used to facilitate, the commission of violations of 18 U.S.C. §§ 471 and 1029 or property derived from proceeds obtained directly or indirectly as a result of said violations.

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Secret Service, in its secure custody and control.

4.    a.  Pursuant to 18 USC § 982(a)(2)(B) and 28U.S.C. §2461, incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of

forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 USC § 492, 18 USC § 982(a)(2)(B), 18 USC § 1029(c)(1)(C), 28 U.S.C. §2461, and Fed. R. Crim. P. 32.2(b)(1), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **July 15, 2016**          **/s/ Lawrence J. O'Neill**
                                  UNITED STATES CHIEF DISTRICT JUDGE