BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655

Attorney for Larry Landseadal

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE No.  1:15-CR-00241 LJO |
| ) | |
| ) | STIPULATION REGARDING |
| Plaintiff, ) | CONTINUANCE OF RESTITUTION |
| ) | HEARING AND ORDER |
| v. ) | |
| ) | |
| LARRY LANDSEADAL, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

Defendant by and through his counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

1. By this stipulation, the parties now move to continue the restitution hearing date from October 11, 2016 at 10:30 a.m. to October 17, 2016 at 10:30 a.m.

2. The parties agree and stipulate, and request that the Court grant the continuance due to the fact that counsel is in a homicide trial in Merced County.

IT IS SO STIPULATED:

//

//

//

-1-

DATED: October 5, 2016

Respectfully submitted,

 s/s Barbara Hope O'Neill   .
BARBARA HOPE O'NEILL,
Attorney for Larry Landseadal

DATED: October 5, 2016      s/s Henry Z. Carbajal, III   .
HENRY Z. CARBAJAL, III
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

  Dated:  **October 5, 2016**         **/s/ Lawrence J. O'Neill**

UNITED STATES CHIEF DISTRICT JUDGE