PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00241-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| LARRY LANDSEADAL, | |
| Defendant. | |

WHEREAS, on July 18, 2016, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. §§ 492(a)(3), 982(a)(2)(B), 1029(c)(1)(C), and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Larry Landseadal, forfeiting to the United States the following property:

  a. Gateway Computer, Model DX4300, serial number PTG830X0069250B0522700;

  b. Epson Printer, Model XP-200, serial number QJBK153745;

  c. HP Laser Jet Printer, Model P1505N, serial number VNB3S00747;

  d. Epson Stylus Photo R280 Printer, Model B412A, serial number K77K409569;

  e. Easy Idea Magnetic Strip Reader/Encoder, marked for identification "RS02";

  f. Laminator, Model 5000, serial number 2701556, manufacturer Oregon Laminations Company;

  g. Hypercom Credit Card Processing Machine, Model T7PLUS, serial number

          100006133692;

    h.  Dane-Elec 8GB SDHC Memory Card, blue in color with yellow and white sticker;

    i.  Cannon Power Shot SX150 IS camera, serial number 422061001355;

    j.  San Disk 128 MB SD memory card, blue in color;

    k.  Micro SD memory card adapters, black in color;

    l.  Memory card readers – "Dreamgear" and "55 In 1 Multi Card Reader"; and,

    m.  Magnetic strip reader, 1 inch square, white in color.

AND WHEREAS, beginning on July 21, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired;

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 492(a)(3), 982(a)(2)(B), 1029(c)(1)(C), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Larry Landseadal.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **December 19, 2016**        /s/ Lawrence J. O'Neill
                                                UNITED STATES CHIEF DISTRICT JUDGE