Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax:  (559) 459-0656

Attorney for Larry Landseadal

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>Larry Landseadal,<br><br>         Defendant. | CASE No:  1:15-cr-00241-NONE<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE AND ORDER<br><br>DATE:  October 19, 2020<br>TIME:  2 p.m. |

   Defendant by and through his counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

   1.  This matter is set for a status hearing on October 19, 2020 at 2 p.m.

   2.  By this stipulation, the parties now move to continue the status hearing date to November 2, 2020 at 2 p.m.

   3.  The parties agree and stipulate and request that the court grant the continuance.  More time is needed to review reports and negotiate a possible settlement.  Both parties agree that time is excluded to November 2, 2020.

1

| | | |
|---|---|---|
| 1 | DATED: October 13, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/Barbara Hope O'Neill |
| 4 | | Barbara Hope O'Neill<br>Attorney for Larry Landseadal |
| 5 | | |
| 6 | DATED: October 13, 2020 | s/s Alexandre Mikhail Dempsey |
| 7 | | Alexandre Mikhail Dempsey<br>Assistant United States Attorney |

## **ORDER**

IT IS SO ORDERED that the Status Conference is continued from October 19, 2020 to **November 2, 2020, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **October 14, 2020**          /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE

2