1  Barbara Hope O'Neill  #102968
   Attorney at Law
2  Post Office Box 11825
   Fresno, California 93775
3  Telephone: (559) 459-0655
   Fax:  (559) 459-0656
4
   Attorney for Larry Landseadal
5

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY LANDSEADAL,<br><br>Defendant. | CASE No:  1:15-CR-00241-NONE<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE AND ORDER<br><br>DATE:  November 2, 2020<br>TIME:  2:00 PM |

Defendant by and through his counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

1. This matter is set for a status hearing on Monday. November 2, 2020 at 2 p.m.

2. By this stipulation, the parties now move to continue the status hearing date to November 18, 2020 at 2 p.m.

3. The parties agree and stipulate and request that the court grant the continuance.  More time is needed to negotiate a possible settlement.  Both parties agree that time is excluded to November 18, 2020.

//

//

1

1  IT IS SO STIPULATED:

3  DATED: October 27, 2020                    Respectfully submitted,

5                                             /s/Barbara Hope O'Neill
                                              Barbara Hope O'Neill
6                                             Attorney for Larry Landseadal

8  DATED: October 27, 2020                    /s/ Alexandre Mikhail Dempsey
                                              Alexandre Mikhail Dempsey
9                                             Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED that the Status Conference is continued from November 2, 2020 to **November 18, 2020, at 2:00 p.m. before Magistrate Erica P. Grosjean.**

IT IS SO ORDERED.

Dated:   **October 29, 2020**                 /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE

2