MCGREGOR W. SCOTT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00241-NONE |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| LARRY LANDSEADAL, | DATE: November 18, 2020 |
| Defendant. | TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 18, 2020.

2. By this stipulation, defendant now moves to continue the status conference until December 2, 2020, and to exclude time between November 18, 2020, and December 2, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case has been either produced directly to counsel.

    b) Both parties need additional time to review materials associated with this case and negotiate a potential resolution.

STIPULATION REGARDING CONTINUANCE                                1

      c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 18, 2020 to December 2, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: November 12, 2020  
        McGREGOR W. SCOTT  
        United States Attorney

        /s/ ALEXANDRE DEMPSEY  
        ALEXANDRE DEMPSEY  
        Assistant United States Attorney

Dated: November 12, 2020  
        /s/ Barbara Hope O'Neil  
        Barbara Hope O'Neil  
        Counsel for Defendant  
        LARRY LANDSEADAL

**FINDINGS AND ORDER**

The Court grants the parties' stipulation and orders the status conference continued to December 2, 2020, at 2:00 pm before the assigned duty magistrate judge.

IT IS SO ORDERED.

Dated: **November 12, 2020**        /s/ Erica P. Grosjean  
        UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING CONTINUANCE      2