1  Barbara Hope O'Neill  #102968
   Attorney at Law
2  Post Office Box 11825
   Fresno, California 93775
3  Telephone: (559) 459-0655
   Fax:  (559) 459-0656
4
   Attorney for Larry Landseadal
5

6

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         CASE No: 1:15-CR-00241-NONE

12         Plaintiff,                 STIPULATION REGARDING
                                      CONTINUANCE OF STATUS
13     v.                             CONFERENCE AND ORDER

14  LARRY LANDSEADAL,                 DATE: December 2, 2020
                                      TIME: 2:00 PM
15         Defendant.

16

17

18      Defendant by and through his counsel of record and Plaintiff by and through its counsel of

19  record, hereby stipulate as follows:

20      1.  This matter is set for a status hearing on Wednesday, December 2, 2020 at 2 p.m.

21
        2.  By this stipulation, the parties now move to continue the status hearing date to
22
    December 22, 2020 at 2 p.m.
23
        3.  The parties agree and stipulate and request that the court grant the continuance.  More
24
    time is needed to negotiate a possible settlement.  Both parties agree that time is excluded to and
25
    including December 22, 2020.
26
    //
27
    //
28
                                        1

IT IS SO STIPULATED:

DATED:  November 24, 2020                    Respectfully submitted,


                                             /s/Barbara Hope O'Neill
                                             Barbara Hope O'Neill
                                             Attorney for Larry Landseadal


DATED:  November 24, 2020                    /s/ Alexandre Mikhail Dempsey
                                             Alexandre Mikhail Dempsey
                                             Assistant United States Attorney




                                    ORDER


IT IS SO ORDERED.

Dated:   **November 24, 2020**              /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE