PHILLIP A. TALBERT
Acting United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00241-NONE |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| LARRY LANDSEADAL, | DATE: May 7, 2021 |
| Defendant. | TIME: 8:30 a.m. COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On February 5, 2021, this Court revoked the defendant's supervised release and sentenced him to a total term of custody of 21 months with 15 months of supervised release to follow.

2.      During that hearing, this matter was set for a status conference regarding self-surrender on May 7, 2021.

3.      By this stipulation, both parties now move to continue the status conference regarding self-surrender until July 9, 2021.

4.      The parties agree and stipulate, and request that the Court find the following:

        a)      The defendant has requested additional time to finalize a self-surrender date.

STIPULATION REGARDING CONTINUANCE

1

1            b)      Both parties agree that given the defendant's health and other considerations it is

2    in the best interest of the community and the defendant to continue the scheduled status

3    conference until July 9, 2021.

4            c)      As the defendant has already been sentenced and this was a probation violation

5    matter, there is no need to exclude time.

6            d)      Both parties agree that all previous release conditions shall remain in effect.

7    IT IS SO STIPULATED.

10   Dated:  April 28, 2021                    PHILLIP A. TALBERT
                                          Acting United States Attorney

12                                     /s/ ALEXANDRE DEMPSEY
                                  ALEXANDRE DEMPSEY
                                  Assistant United States Attorney

15   Dated:  April 28, 2021                    /s/ Barbara Hope O'Neil
                                    Barbara Hope O'Neil
                                  Counsel for Defendant
                                  LARRY LANDSEADAL

19   **FINDINGS AND ORDER**

21   IT IS SO ORDERED.

22       Dated:  **April 28, 2021**               _Dale A. Drozd_____

23                                        UNITED STATES DISTRICT JUDGE