MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: atyberdinella@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant,
Larry Landseadal

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) **Case No.: 1:15-CR-00241-NONE** |
| Plaintiff, | ) |
| | ) **MOTION TO TERMINATE CJA** |
| | ) **APPOINTMENT AND [~~PROPOSED~~]** |
| vs. | ) **ORDER** |
| | ) |
| **Larry Landseadal,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

On 05/10/2024, Defendant Larry Landseadal appeared in Federal Court to respond to a Petition for Violation of Supervised Release.  CJA Panel Attorney Michael W. Berdinella was appointed by Magistrate Judge Barbara A. McAuliffe as counsel to represent Mr. Landseadal for his Supervised Release Violation on 05/14/2024.  Mr. Landseadal was sentenced pursuant to Admission on Charges 2 and 3 of the Petition on 07/29/2024.  No appeal was filed.   Mr. Landseadal was in custody at the time of Sentencing. Having completed his representation of Mr. Landseadal, CJA attorney Michael W. Berdinella now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Landseadal require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.


Dated: 07/31/2024_____          Respectfully submitted,



                                         /s/ Michael W. Berdinella_____
                                         Michael W. Berdinella
                                         Attorney for Defendant
                                         Larry Landseadal




**[PROPOSED] ORDER**


        Having reviewed the notice and found that attorney Michael W. Berdinella has completed the services for which he was appointed, the Court hereby grants attorney Michael Berdinella's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Hiram Landseadal at the following address and to update the docket to reflect Defendant's pro se status and contact information:

Larry Landseadal
U.S. Marshal's No. 72868-097
Central Valley Annex, McFarland
254 Taylor Ave.
McFarland, CA 93250

IT IS SO ORDERED.

Dated:   **August 1, 2024**

UNITED STATES DISTRICT JUDGE